FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 2:49 pm, Jun 04, 2025

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) INDICTMENT NO. 2:25CR-11 |
| | ) |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess with |
| **MARCO ANTONIO LARA HERNANDEZ** | ) Intent to Distribute a Controlled |
| and | ) Substance (Cocaine) |
| **JOSE LUIS LUGO AVILA** | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute a Controlled |
| | ) Substance (Cocaine) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Conspiracy to Possess with Intent to Distribute a Controlled Substance*
*(Cocaine)*
21 U.S.C. § 846

Beginning on an unknown date, up to and including August 8, 2024, the precise dates being unknown, in McIntosh County, and elsewhere, the Defendants,

**MARCO ANTONIO LARA HERNANDEZ,**
**and**
**JOSE LUIS LUGO AVILA,**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown, to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
*Possession with Intent to Distribute a Controlled Substance*
*(Cocaine)*
21 U.S.C. § 841(a)(1)

Beginning on an unknown date, up to and including August 8, 2024, the precise dates being unknown, in McIntosh County, and elsewhere, the Defendants,

**MARCO ANTONIO LARA HERNANDEZ,**
and
**JOSE LUIS LUGO AVILA,**

aided and abetted by each other and others, did knowingly and intentionally possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A True Bill.

Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

2